# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

In Re:  Lagarian R. Cross, Debtor                                   Case No: 4:24-11983
                                                                    Chapter 7

## MOTION TO AVOID JUDICIAL LIEN

Comes now the Debtor, and for his Motion To Avoid Judicial Lien states:

1. Debtor, LAGARIAN R. CROSS, filed a Voluntary Petition for relief under Chapter 7 of Title 11 of the United States Code on June 14, 2024.

2. This Court has jurisdiction over this motion, filed pursuant to 11 U.S.C. '522(f) to avoid and cancel a judicial lien held by Arvest Bank on property owned by the Debtor by virtue of a judgment in Circuit Court of Pulaski County in case number 60CV-23-4629 on August 18, 2023 in the amount of **$ 25,792.00**

3. The Debtor's interest in its property encumbered by the lien has been claimed as fully exempt.

WHEREFORE, Debtor prays for an order avoiding and canceling the judicial lien(s) of Arvest Bank in the Debtor's property, and for such additional or alternative relief as may be just and proper.

Respectfully Submitted,

/s/ Kyle W. Havner
Kyle W. Havner  (91179)
Havner Law Firm, P.A.
P.O. Box 21539
White Hall,, AR 71612
870-534-1803 phone
501-712-1235 fax
havnerlaw@gmail.com