UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In Re:  Lagarian R. Cross, Debtor                                         Case No: 4:24-11983
                                                                                            **Chapter** 7

## NOTICE OF OPPORTUNITY TO RESPOND

NOTICE IS HEREBY GIVEN that the Debtor filed a Motion to Avoid Judicial Lien, a copy of which is attached hereto.

All creditors and interested parties are HEREBY NOTIFIED to file a written response to the Motion to Avoid Judicial Lien within twenty-one (21) days from the date of this notice with the Clerk of the Court at 300 West 2nd Street, Little Rock, AR 72201.

FAILURE TO FILE A WRITTEN RESPONSE TO THE ATTACHED MOTION SHALL BE DEEMED A STATEMENT OF NO OPPOSITION TO THE MOTION, AND THE COURT MAY ENTER, WITHOUT FURTHER NOTICE, AN ORDER GRANTING THE RELIEF REQUESTED.

IF NO RESPONSE IS TIMELY FILED, COUNSEL FOR THE MOVING PARTY SHALL SUBMIT A PRECEDENT GRANTING THE RELIEF SOUGHT AT THE EXPIRATION OF SAID TWENTY-ONE DAYS.

If a response opposing the objection is timely filed, a hearing on same will be set by subsequent notice.

                                                                Respectfully Submitted,

                                                                /s/ Kyle W. Havner
                                                                Kyle W. Havner  (91179)
                                                                Havner Law Firm, P.A.
                                                                P.O. Box 21539
                                                                White Hall,, AR 71612
                                                                870-534-1803 phone
                                                                501-712-1235 fax
                                                                havnerlaw@gmail.com

CERTIFICATE OF SERVICE

      I Kyle W. Havner, do hereby certify that a copy of the foregoing Notice of Opportunity to Respond has been forwarded to all interested parties whose names and addresses are set forth below, on the June 20, 2024.

                                                    ___/s/Kyle Havner_____
                                                      KYLE W. HAVNER (91179)

Arvest Bank  
C/O Randy Grice  
Hilburn & Harper, Ltd.  
One Riverfront Place  
Eighth Floor  
North Little Rock, AR 72114

Kent Walker  
Attorney at Law  
3131 John F. Kennedy Blvd  
North Little Rock, AR 72116

Hamilton M. Mitchell, Trustee  
by e-notice from the clerk's office