## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IN RE:    **LAGARIAN R. CROSS**                    **Case No. 4:24-bk-11983**
                                                   **(Chapter 7)**

**Debtor(s).**

## OBJECTION TO MOTION TO AVOID JUDICIAL LIEN

Comes now Arvest Bank ("**Arvest**"), by and through its attorneys, Lax, Vaughan, Fortson, Rowe & Threet, P.A., and for its Objection to Motion to Avoid Judicial Lien, states as follows:

1.    Arvest Bank objects to the motion of the Debtor.

2.    Arvest denies the allegations contained in paragraph 3 of the motion, and denies the Debtor is entitled to any relief requested therein.

3.    In January 2022, the Debtor submitted a loan application to Arvest Bank, indicating therein the value of his residence as $350,000.00.

4.    Upon information and belief, and if the Debtor were truthful in his application, the residence of the Debtor may be worth significantly more due to the increase in property values since January 2022.

5.    For these reasons, and other reasons to be proven, the motion of the debtor should be denied with prejudice.

WHEREFORE, Arvest Bank prays that the Debtor's motion to avoid judicial lien, and all relief requested by the Debtor therein, be denied; and further prays for any and all other relief to which Arvest Bank may be entitled, including its reasonable attorneys' fees and costs.

Respectfully submitted,

LAX, VAUGHAN, FORTSON,

ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
Phone: (501) 376-6565

By:   /s/ Branch T. Fields
       Branch T. Fields (2008143)
       *Attorneys for Arvest Bank*

## <u>CERTIFICATE OF SERVICE</u>

The foregoing pleading was filed electronically with the Bankruptcy Court's CM/ECF filing system and upon filing interested parties associated with this bankruptcy proceeding received an electronic notice of its filing.

This 4th day of July, 2024.

/s/ Branch T. Fields
Branch T. Fields