IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Lagarian Rodguez Cross          CASE NO. 4:24-BK-11983
                                                                    CHAPTER 7

<u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

Comes Union Bank & Trust Company, pursuant to Rules 9010(b) and 2002 of the Rules of Bankruptcy Procedure, and enters its appearance as a Creditor and interested party in this bankruptcy proceeding, and further requests the Clerk of the Court, counsel for the Debtor, and any other party in this case, to provide the undersigned with copies of Orders and Notices concerning this case.

Please take further notice that pursuant to the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rule specified above, but additionally include, without limitation, notices or any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether transmitted or conveyed by mail, delivery, facsimile or otherwise.

Further, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the undersigned requests Union Bank & Trust Company, a Creditor and interested party in this bankruptcy --

1

proceeding, be added to the Court's Master Mailing Lis as follows:

        Union Bank & Trust Company
        Barton & Roper, PLLC
        P.O. Box 507
        Monticello, AR 71657
        wbarton@bartonandroper.com

Dated this 23rd day of July, 2024.

        Barton & Roper, PLLC
        P.O. Box 507
        Monticello, AR 71657

        By: /s/ Whit Barton
        _____
        Whit Barton (79010)
        wbarton@bartonandroper.com

## CERTIFICATE OF SERVICE

    I, Whit Barton, a member of The Barton Law Firm, do hereby certify that I have filed the foregoing in the CM/ECF electronic filing system, causing notice to be served as provided for therein this 23rd day of July, 2024.

        /s/ Whit Barton
        _____
        Whit Barton

--